J. MACK CRAWFORD V. EL PASO SASH & DOOR COMPANY.

Application No. 14688. Decided May 19, 1926.

(293 S. W., 754).

**Deed Intended as Mortgage—Charge.**

The ruling of the Court of Civil Appeals herein (El Paso Sash & Door Co. v. Crawford, 283 S. W., 232) that the charge submitting the issue whether a deed was intended as a mortgage was erroneous, is disapproved; but the judgment being properly reversed for other errors, application for writ of error is dismissed for want of jurisdiction. (P. 509).

Application by Crawford for writ of error to the Court of

Civil Appeals for the Eighth District, in an appeal from El Paso County.

Crawford recovered judgment against the El Paso Sash & Door Co., which was reversed on appeal by defendant (283 S. W., 232). Mr. Justice Higgins dissented from the opinion of the majority on the point noted in the opinion herein, but concurred in the reversal on other grounds. Crawford applied for writ of error, which is here dismissed for want of jurisdiction, in an opinion per curiam.

*Lea, McGrady, Thomason & Edwards,* and *Jones, Hardy & Grambling,* for applicant.

PER CURIAM:—We do not approve the holding on the question that it was necessary to charge the legal effect of the deed under the issue made in this case; but the case having been properly reversed (283 S. W., 232), we will dismiss the application for want of jurisdiction.